# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRISTAN JAMES FILLBACK,<br><br>Defendant. | No. 2:14-CR-127-SMJ<br><br>ORDER GRANTING MOTION TO MODIFY RELEASE CONDITIONS TO ALLOW TRAVEL |

Before the Court is Defendant's Motion to Modify Release Conditions. ECF No. 36. Defendant seeks permission to travel throughout the States of Washington and Idaho for work-related purposes. The United States has deferred to U.S. Probation on this matter; the U.S. Probation Office does not object to this request.

The Court has considered the Motion and reviewed the record.

**IT IS ORDERED** Defendant's Motion, **ECF No. 36,** is **GRANTED.** Defendant may travel throughout the States of Washington and Idaho, provided said travel only relates to his employment.

Defendant shall notify the U.S. Probation Office prior to all travel outside of the Eastern District of Washington, and shall notify them upon his return to Spokane, Washington. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED February 2, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1